UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AERO TECH, INC.,

    Plaintiff,

v.                                                    Civ. No. 22-476 WJ/GJF

GREAT AMERICAN INSURANCE
COMPANY and GEORGE'S AIRCRAFT
REPAIR, LLC,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING

Pursuant to Local Rule 7.4(c), the Court will expedite briefing on Defendant George's Aircraft Repair, LLC's Motion to Stay Discovery [ECF 34]. Accordingly, **IT IS ORDERED** that any responses shall be filed no later than **December 12, 2022**, and any corresponding reply shall be filed no later than **December 14, 2022**.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear before me on **December 19, 2022, at 10:00 a.m. MST** via Zoom[1] for a hearing on Defendant George's Motion.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Zoom access information is as follows:

    Link: https://nmd-uscourts.zoomgov.com/j/1615727585
    Meeting ID: 161 572 7585
    Passcode: 723058
    One tap mobile:   +16692545252,,1615727585#,,,,*723058# US (San Jose)
                          +16468287666,,1615727585#,,,,*723058# US (New York)
    Dial by your location:   +1 669 254 5252 US (San Jose);   +1 646 828 7666 US (New York)
    Find your local number: https://nmd-uscourts.zoomgov.com/u/ad9WJcb5B
    Join by SIP: 1615727585@sip.zoomgov.com
    Join by H.323: 161.199.138.10 (US West);   161.199.136.10 (US East).